IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL RENTERIA,

    Petitioner,                  No. CIV S-08-0335 GEB EFB P

    vs.

DUNKEN, et al.,

    Respondents.             ORDER

_____/

    Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254.

    Petitioner challenges a conviction in the Tulare County Superior Court and so this action should have been commenced in the district court in Fresno. Local Rule 3-120(d).

    Accordingly, it is hereby ordered that:

    1. This action is transferred to the district court in Fresno. *See* Local Rule 3-120(f).

    2. The Clerk of Court shall assign a new case number.

/////

/////

/////

/////

1

3.  All future filings shall bear the new case number and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: April 21, 2008.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE