IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MANUEL RENTERIA,**<br><br>                              Petitioner,<br><br>      v.<br><br>**WARDEN DUNKEN,**<br><br>                              Respondent. | 1:08-cv-00547 AWI DLB HC<br><br>**ORDER** GRANTING REQUEST FOR ENLARGEMENT OF TIME<br><br>(DOC #12) |

IT IS HEREBY ORDERED that the time for filing Respondent's responsive pleading is extended through and including September 25, 2008.

IT IS SO ORDERED.

**Dated:   September 10, 2008**                             /s/ **Dennis L. Beck**
                                                                        UNITED STATES MAGISTRATE JUDGE

Order

1